UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

D'ANGELO J. PUGH,

    Plaintiff,

v.                                    Case No. 5:18cv117-TKW-MJF

MARK S. INCH, et al.,

    Defendants.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 65). No objections were filed.[1] Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Defendants' motions for summary judgment are due to be granted. Accordingly, it is

**ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] The Court did not overlook the "Delayed Response do [sic] to Circumstances beyond Plaintiff's Control" (Doc. 66) that was received after the Report and Recommendation was entered, but that filing appears to be a response to Defendant Mercer's motion for summary judgment (Doc. 59), not objections to the Report and Recommendation. Nothing in that filing undermines the magistrate judge's analysis or recommended disposition of Defendants' motions.

2. Defendants' motions for summary judgment (Docs. 42, 59) are **GRANTED**.

3. The Clerk shall enter judgment for Defendants and close the file.

**DONE and ORDERED** this 14th day of September, 2020.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**